UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Medal Sports Corporation
                              Plaintiff,
v.                                          Case No.: 1:15−cv−08276
                                            Honorable Rebecca R. Pallmeyer
Franklin Sports, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 19, 2016:

    MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 7/19/16. The parties were able to reach an agreement to settle the case. The parties Consent to Exercise Jurisdiction by a United States Magistrate Judge. Status hearing set for 8/9/2016 at 09:00 a.m. in courtroom 2266. Should the parties file their Joint Stipulation of Dismissal prior to 8/9/16, no appearance will be necessary on that date.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.