**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MEDAL SPORTS CORP., <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN SPORTS, INC. <br><br> Defendant. | Civil Action No.: 1:15-cv-08276 |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal with prejudice of Plaintiff's First Amended Complaint (D.I. 13) herein pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Counterclaim of Defendant's First Amended Answer and Counterclaim (D.I. 23) herein pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys fees.

Dated: August 17, 2016                                   Respectfully submitted,

/s/ Christopher E. Hanba                         /s/ Michael A. Albert
Christopher E. Hanba                              Michael A. Albert
christopher.hanba@klgates.com            malbert@wolfgreenfield.com
K&L GATES LLP                                       WOLF, GREENFIELD & SACKS, P.C.
70 W. Madison St., Suite 3100                600 Atlantic Ave.
Chicago, IL 60602                                    Boston, MA 02210
Phone: 312-372-1121                              Phone: 617-646-8000
Fax: 312-827-8000                                   Fax: 617-646-8646

*Attorney for Plaintiff Medal Sports Corp.*      *Attorney for Defendant Franklin Sports, Inc.*